# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,  **CRIMINAL NO. 05-71 (2) (RHK/RLE)**

        Plaintiff,

v.  **ORDER**

JAVIER MORENO,

        Defendant.

_____

It is hereby **ORDERED** that the Motion for Continuance and Excludable Delay requested by counsel for the Defendant in the above matter is **GRANTED**.

A status conference is scheduled for June 30, 2005 at 9:30 a.m. before the Honorable Richard H. Kyle.

Dated:  May 24, 2005

        s/Richard H. Kyle_____
        RICHARD H. KYLE
        United States District Judge